UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY PAGANAS,

        Plaintiff,

– against –

TOTAL MAINTENANCE SOLUTION, LLC, ARON WEBER, and REGGIE TARTAGLIONE,

        Defendants and Third-Party Plaintiffs,

– against –

ST. JOHN'S UNIVERSITY, NEW YORK,

        Third-Party Defendant.

**ORDER**

15-CV-5424



**JACK B. WEINSTEIN, Senior United States District Judge:**

    For the reasons stated orally on the record, third-party defendant St. John's University's motion to dismiss (ECF No. 16) is denied. *See* Hr'g Tr., Feb. 17, 2016.

    The parties proposed scheduling order is adopted; a copy shall be filed with the court.

    A hearing on all dispositive motions shall be held on September 19, 2016 at 10:00 a.m. in Courtroom 10 B South. Plaintiff, individual defendants, and a representative of each corporate party who is knowledgeable about the events in question shall be present.

    Trial will be held on October 17, 2016. A jury will be selected before a magistrate judge that morning, at a time set by the magistrate judge.

    *In limine* motions will be heard on October 12, 2016 at 10:00 a.m. in Courtroom 10 B South.



By October 5, 2016, the parties shall submit to the court proposed jury charges and verdict sheets, *in limine* motions, and any supporting briefs. They shall also exchange and file with the court: (1) lists of pre-marked exhibits proposed for use at trial, together with copies of all exhibits; (2) lists of potential witnesses together with brief summaries of proposed testimony; and (3) stipulations with respect to all undisputed facts.

Any disputes related to briefing schedules or discovery are respectfully referred to the magistrate judge.

Settlement is encouraged.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: February 17, 2016
Brooklyn, New York